**RECEIVED**

FEB 1 3 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL LEWIS MURRAY<br>PETITIONER | 06CV0308 SEC P |
| VERSUS | JUDGE HICKS |
| WARDEN BURL CAIN<br>RESPONDENT. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Respondent having moved for an order supplementing the record in 06CV0308, Murray v. Cain, and the court having duly considered such motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the record in 06CV0308, Murray v. Cain, be supplemented by the inclusion of the video tape, S-46, in the custody of the Clerk of Court for the Western District of Louisiana.

Signed this _13th_ day of _Feb._, 2007

_____
MAG. JUDGE